

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,071-01

**EX PARTE VINSON THOMAS-WARD COWAN, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 38980A IN THE 424TH JUDICIAL DISTRICT COURT
## FROM BURNET COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault with a deadly weapon and sentenced to ten years' imprisonment.

In the instant application, in ground one, Applicant alleges that he is actually innocent. In grounds two and three, Applicant alleges that counsel was ineffective and that his plea was involuntary.

This Court has reviewed Applicant's claims of ineffective assistance of counsel and involuntary plea and has determined that they are without merit. Therefore, grounds two and three

are denied. Applicant's claim of actual innocence has been validly waived and is barred from review; as such, ground one is dismissed. *Ex parte Reedy*, 282 S.W.3d 492 (Tex. Crim. App. 2009).

Filed: April 22, 2015
Do not publish